FILED

MAY 14 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:25 CR 00241 |
| CHRISTOPHER LEE RADCLIFF, | ) | Title 18, United States Code, Sections 2251(a) and (e); 2252(a)(2) and (b)(1); 2252A(a)(5)(B) and (b)(2), and 2423(a) |
| Defendant. | ) | |

JUDGE CALABRESE

COUNT 1
(Sexual Exploitation of Children, 18 U.S.C. §§ 2251(a) and (e))

The Grand Jury charges:

1. From on or about September 24, 2018, to on or about September 23, 2022, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant CHRISTOPHER LEE RADCLIFF, did employ, use, persuade, induce, entice and coerce a minor, Victim 1, to engage in sexually explicit conduct for the purpose of transmitting a visual depiction of such conduct, and he knew and had reason to know that the visual depiction would be transported or transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including a computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## ENHANCED PENALTY FOR COUNT 1 UNDER TITLE 18, UNITED STATES CODE, SECTIONS 2251(a) and (e)

2. Before Defendant CHRISTOPHER LEE RADCLIFF committed the offense charged in Count 1, Defendant had a final conviction in the State of Wisconsin relating to aggravated sexual abuse, or sexual abuse involving a minor, namely, a conviction under Wisconsin Code Section 948.2 and 939.32 Attempted 2nd Degree Sexual Assault of a Child, in case number 2009CF000458, in the State of Wisconsin, Circuit Court, Racine County.

## COUNT 2
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2) and(b)(1))

The Grand Jury further charges:

3. From on or about September 24, 2018, through on or about July 11, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHRISTOPHER LEE RADCLIFF did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## ENHANCED PENALTY FOR COUNT 2 UNDER TITLE 18, UNITED STATES CODE, SECTIONS 2252(a)(2) and (b)(1)

4. Before Defendant CHRISTOPHER LEE RADCLIFF committed the offense charged in Count 2, Defendant had a final conviction in the State of Wisconsin relating to

aggravated sexual abuse, or sexual abuse involving a minor, namely, a conviction under Wisconsin Code Section 948.2 and 939.32 Attempted 2nd Degree Sexual Assault of a Child, in case number 2009CF000458, in the State of Wisconsin, Circuit Court, Racine County.

COUNT 3
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

The Grand Jury further charges:

5. On or about July 12, 2024, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER LEE RADCLIFF did knowingly possess one LG 40 ThinQ cellular phone, one Sandisk USB 128GB, one Asus Laptop, one HP laptop, and one Samsung Galaxy S23, that contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

ENHANCED PENALTY FOR COUNT 3 UNDER TITLE 18, UNITED STATES CODE, SECTIONS 2252A(a)(5)(B) and (b)(2)

6. Before Defendant CHRISTOPHER LEE RADCLIFF committed the offense charged in Count 3, Defendant had a final conviction in the State of Wisconsin relating to aggravated sexual abuse, or sexual abuse involving a minor, namely, a conviction under

Wisconsin Code Section 948.2 and 939.32 Attempted 2nd Degree Sexual Assault of a Child, in case number 2009CF000458, in the State of Wisconsin, Circuit Court, Racine County.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.